Judge Philip H. Brandt
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re | No. 09-46681 |
|---|---|
| ANDREY YUR'YEVICH SOLOMKO and NATALYA V. SOLOMKO,<br><br>Debtors. | *EX PARTE* APPLICATION FOR ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE SCHEDULES, STATEMENTS, OR LISTS |

The United States Trustee, pursuant to Interim Local Bankruptcy Rule 1017-2(b), applies *ex parte* for an order dismissing this case.

The Court file reflects that the debtors received prior notice that the United States Trustee may file an ex parte motion to dismiss this case if they fail to file timely schedules, statements or lists. The applicable deadline or extension date has passed, and the required schedules, statements and/or lists have not been filed. Under the circumstances, dismissal of this case is warranted.

Based on the foregoing, the United States Trustee requests entry of an order dismissing this case.

DATED this 6th day of October, 2009.

Respectfully submitted,

ROBERT D. MILLER JR.
Acting United States Trustee

/s/ Mark H. Weber
Mark H. Weber, MSBA# 012798X
Assistant United States Trustee

*EX PARTE* APPLICATION FOR ORDER
DISMISSING CASE FOR FAILURE TO
TIMELY FILE SCHEDULES, STATEMENTS,
OR LISTS

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)