Judge Philip H. Brandt
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re

ANDREY YUR'YEVICH SOLOMKO and
NATALYA M. SOLOMKO,

Debtors.

No. 09-46681

*EX PARTE* ORDER DISMISSING
CASE FOR FAILURE TO TIMELY
FILE SCHEDULES, STATEMENTS,
OR LISTS

THIS MATTER comes before this Court for hearing upon the United States Trustee's *Ex Parte* Application for Order Dismissing Case for Failure to Timely File Schedules, Statements, or Lists pursuant to Interim Local Bankruptcy Rule 1017-2(b). The debtors having received notice of dismissal for failure to file required schedules, statements, or lists, the United States Trustee having received no written objection, and the Court being otherwise fully advised in the premises, it is

ORDERED that the case is dismissed.

DATED:

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

DGE

Presented by:

ROBERT D. MILLER JR.
Acting United States Trustee

/s/ Mark H. Weber
MARK H. WEBER, MSBA# 012798X
Assistant United States Trustee

*EX PARTE* ORDER DISMISSING CASE FOR
FAILURE TO TIMELY FILE SCHEDULES,
STATEMENTS, OR LISTS

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

# CERTIFICATE OF NOTICE

```
District/off: 0981-3          User: maureens           Page 1 of 1              Date Rcvd: Oct 07, 2009
Case: 09-46681                Form ID: pdf6            Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 09, 2009.
db/jdb     +Andrey Yur'Yevich Solomko,   Natalya V Solomko,   5701 S. Huson Street,   Tacoma, WA 98409-1201

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 09, 2009**                              **Signature:**   _Joseph Speetjens_