Dallas W. Jolley
Attorney at Law
4707 South Junett St., Suite B
Tacoma, WA 98409
Office (253) 761-8970
Fax (253) 761-7910

**Judge Philip H. Brandt**
Chapter 7

UNITED STATES BANKRUPTCY COURT
Western District of Washington

| | | |
|---|---|---|
| In re: | ) | Case No. 09-46681 |
| | ) | |
| AUDREY YUR'YEVICH SOLOMKO, and | ) | *EX PARTE* MOTION TO VACATE |
| NATALYA V. SOLOMKO | ) | ORDER DISMISSING |
| | ) | CHAPTER 7 CASE |
| | ) | |
| Debtors. | ) | |

## *EX PARTE* MOTION TO VACATE

COME NOW the Debtors, by and through their attorney of record, Dallas W. Jolley, Jr., on their motion to vacate the order dismissing their Chapter 7 Bankruptcy case for the purpose of filing their balance of schedules and to fully comply with all statutory requirements.

The debtors filed under Chapter 7 on September 10, 2009. Their case was dismissed because they did not file their remaining schedules. The debtor, Audrey Solomko, is employed as a truck driver, and because of his busy trucking schedule he was not able to provide the required information to complete, review and sign the remaining bankruptcy schedules in time. The schedules are now complete, reviewed and signed. The debtors are now on track to complete their bankruptcy and obtain a discharge. In support thereof, the debtors state as follows:

1. The Debtors filed a Chapter 7 bankruptcy on September 10, 2009.

*EX PARTE* MOTION TO VACATE ORDER DISMISSING
CHAPTER 7 CASE #09-46681
PAGE 1 of 3

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

2. This Court has jurisdiction over the parties to and the subject matter of this action as provided for under the United States Bankruptcy Code.

3. That debtors' case was closed on October 7, 2009 for failure to file schedules.

4. The debtors wish to vacate the order dismissing their Chapter 7 bankruptcy case for the purpose of completing all requirements to obtain a discharge.

THEREFORE, the debtors respectfully request the Court vacate the order dismissing their Chapter 7 bankruptcy, so that they may complete their Chapter 7 Bankruptcy and receive a discharge of their debts.

Dated this 14th day of October 2009.

/s/ Dallas W. Jolley, Jr.
Dallas W. Jolley, Jr., WSBA No. 22957
Attorney for Debtors

*EX PARTE* MOTION TO VACATE ORDER DISMISSING
CHAPTER 7 CASE #09-46681
PAGE 2 of 3

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910

# DECLARATION

I, Dallas W. Jolley, have read the foregoing motion and I declare, under penalty of perjury, that it is true and correct statement.

Signed at Tacoma, Washington, this 14th day of October, 2009

/s/ Dallas W. Jolley, Jr.
Dallas W. Jolley, Jr., WSBA No. 22957
Attorney for Debtor

*EX PARTE* MOTION TO VACATE ORDER DISMISSING
CHAPTER 7 CASE #09-46681
PAGE 3 of 3

**Dallas W. Jolley, Attorney at Law**
4707 South Junett Street, Suite B
Tacoma, WA 98409
Tel. (253) 761-8970 FAX (253) 761-7910